

~~SEALED~~
s/ T. Ferris

ORDERED UNSEALED on 10/25/2021    s/ TrishaF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LEONEL BUENROSTRO,<br><br>          Defendant. | Case No.:  '21 MJ04224<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about June 14, 2021, within the Southern District of California, defendant LEONEL BUENROSTRO, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Glock, model 21, .45 caliber pistol bearing serial number BETT371; in violation of Title 18, United States Code, Section 922(g)(1).

//

//

//

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
ARNESHA B. BAHN
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this 20<u>th</u> day of October, 2021.

_____
HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all the information known to me or state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about June 14, 2021, Escondido Police Department officers responded to a call for service regarding a domestic violence disturbance on the 100th block of W. 5th Ave, in Escondido, CA, within the Southern District of California. When officers contacted the victim, C.R, they noted she had visible injuries to her right forearm and left leg. C.R. stated her former boyfriend/former-cohabitant, Leonel BUENROSTRO ("BUENROSTRO") a known Diablos street gang member, assaulted her upon her arrival. C.R. and BUENROSTRO had previously been dating and cohabitating for about one year. Prior to the June 14, 2021, call for service, there had been several disturbance calls involving C.R. and BUENROSTRO at the same address. One of the responding officers on this occasion had responded to some of the prior calls for service and observed that C.R. seemed fearful of BUENROSTRO.

C.R. explained that on this occasion, BUENROSTRO appeared to have been lying in wait for her. Upon her arrival, he exited his vehicle, yanked her by the hair, and threw her to the ground. C.R. stated BUENROSTRO then punched and kicked her several times as she raised her forearms up in self-defense, which appeared to have been corroborated by the visible injuries to her forearms. C.R. alleged BUENROSTRO then picked up a small "toddler bed" and hit her with it approximately five (5) times until it broke. C.R. said BUENROSTRO then pulled a black firearm from his waistband, racked the slide, and told C.R., "I told you not to fuck with me" while pointing the handgun at her. BUENROSTRO then left the residence following the assault.

Officers photographed the C.R.'s visible injuries, including bruising to her right forearm and bruising and abrasions to her left leg. C.R. also stated she was experiencing

pain on her head, though those injuries were not visible to officers as they were under her hair. C.R. speculated that BUENROSTRO had been under the influence of methamphetamine. C.R. provided officers with BUENROSTRO's name and date of birth and a description of the car he had been driving.

Officers went to BUENROSTRO's residence located on Glenridge Rd in Escondido, CA.  Upon arrival in the area, officers observed BUENROSTRO's Ford Escape bearing CA license plate 7ZHY415 travelling east on Bear Valley Pkwy at Glenridge. Officers attempted to conduct a traffic stop at Bear Valley Pkwy and Oak Hill Dr. by activating their marked emergency vehicle's overhead lights, which included a solid front-facing red light. Officers also sounded their sirens, but BUENROSTRO's vehicle still did not yield.

Multiple officers pursued the vehicle as it evaded.  The vehicle continued westbound and made an illegal left turn onto Glenridge Rd against a red left turn arrow and into the driveway of his residence. Following a high-risk stop, officers detained BUENROSTRO, who was the driver and sole occupant of the vehicle. BUENROSTRO's failure to yield to emergency vehicles was a violation of CVC 2800.1(a.)  Officers placed BUENROSTRO under arrest for violations of CVC 2800.1(a.).

During a search of BUENROSTRO's vehicle, prior to impound, officers located a glass pipe used for smoking methamphetamine in the front passenger seat.  In the center console of the vehicle, officers located a loaded Glock, model 21, .45 caliber pistol bearing serial number BETT371.  The firearm had been loaded with six (6) rounds of .45 caliber ammunition.  Records checks revealed the firearm had been reported stolen on October 21, 2020.

Preliminary records checks on BUENROSTRO revealed the following relevant criminal history, though subsequent database queries may reveal additional criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 04/28/2011 | CASC – Vista | Cnt 1: 202l (A)(l) PC-FELON/ETC POSSESS FIREARM (Felony) | 2 Years' Prison |
| 03/24/2016 | CASD – Corr Delano | Cnt 1: 11378 HS-POSSESS CONTROL SUBSTANCE FOR SALE -W/EXCESS AMOUNT | 76 Months' Prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in and/or affected interstate commerce to arrive in the state of California.