UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL BUENROSTRO,<br><br>Defendant. | Case No. 21cr3223-W<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On October 11, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of LEONEL BUENROSTRO ("Defendant") in the following firearm and ammunition pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) as the firearm and ammunition involved in the offense in violation of 18 U.S.C. § 922 (g)(1) as charged in the Information:

    a. A Glock, Model 21 .45 Caliber Pistol bearing Serial Number BETT371; and

    b. 6 Rounds of Federal Ammunition CAL 45; and

For thirty (30) consecutive days ending on November 27, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the firearm and ammunition in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)

and Rule G (4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the firearm and ammunition.

There were no potential third parties known to the United States to have alleged an interest in the forfeited firearm and ammunition; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited firearm and ammunition described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of LEONEL BUENROSTRO and any and all third parties in the following firearm and ammunition are hereby condemned, forfeited, and vested in the United States of America:

   a. A Glock, Model 21 .45 Caliber Pistol bearing Serial Number BETT371; and
   b. 6 Rounds of Federal Ammunition CAL 45.

IT IS FURTHER ORDERED that the Bureau of Alcohol Tobacco and Firearms shall dispose of the forfeited ammunition according to law.

DATED: 3/8/23

Hon. Thomas J. Whelan
United States District Judge